# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALERIE ADAIR, DISTRICT JUDGE,
Respondents,
and
DAWNYELL FLYNN,
Real Party in Interest.

No. 77745

**FILED**

FEB 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus or prohibition challenges a district court order decision denying a motion to use the prior testimony of an unavailable witness. We have reviewed the documents submitted in this matter, and we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.320. Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:  Hon. Valerie Adair, District Judge
     Attorney General/Carson City
     Clark County District Attorney
     Wright Stanish & Winckler
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-07787